## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION


DANIEL D. DRAGASH,

      Appellant,

v.                                                              Case No: 8:14-cv-3187-T-30

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and JPMORGAN
CHASE BANK, N.A.,

      Appellees.

_____

### ORDER

THIS CAUSE is before the Court on Appellees' Motion to Dismiss Appeal (Dkt. #4) and Appellant's Response (Dkt. #5).   This appeal was filed December 31, 2014, after the Bankruptcy Court denied an extension to file the appeal.   Appellant's initial brief was due January 14, 2015, but Appellant failed to file a brief.   In his Response (Dkt. #5), Appellant claims a "Detailed and Defining Brief was incorporated within the Appeal." (Paragraph 4, Dkt. #5).   The Court finds no such brief and Appellant fails to specify where within the myriad of documents filed with the Notice of Appeal any such brief might be found.

Appellant's failure to timely file his brief as required by FRBP 8009 or show excusable neglect for doing so warrants dismissal of this appeal.   *In re Brewer*, 442 F. App'x 430 (11th Cir. 2011).

It is therefore ORDERED AND ADJUDGED that:

1.      Appellees' Motion to Dismiss Appeal (Dkt. #4) is GRANTED.

2.      This appeal is hereby DISMISSED.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of February, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-3187 mtd 4.docx